AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                                                                Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | Case No: 4:08-368-001 (TLW) |
| --- | --- | --- |
|  | ) | USM No: 16238-171 |
| -versus- | ) | Pro se |
|  | ) | Defendant's Attorney |
| Anthony Swinton | ) |  |
|  | ) |  |
| Date of Previous Judgment: June 30, 2009 | ) |  |
| *(Use Date of Last Amended Judgment if Applicable)* | ) |  |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** (Docs. # 224 & # 227)**.**  This case does not qualify because the Chapter Four Enhancements override Chapter Two.  The Defendant is a career offender.

**IT IS SO ORDERED**.

| Order Date: | April 9, 2012 | s/ Terry L. Wooten |
| --- | --- | --- |
|  |  | *Judge's signature* |
| Effective Date: |  | Terry L. Wooten, United States District Judge |
| *(if different from above)* |  |  |